No. 88–2107.  JULIEN v. ZERINGUE ET AL.  C. A. Fed. Cir. Certiorari denied.

No. 88–7348.  WEATHERSBY v. CHRANS, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 88–7545.  GONZALEZ v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 88–7564.  DOE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 88–7598.  PROWS v. SPANIOL ET AL.  C. A. D. C. Cir. Certiorari denied.

No. 88–7599.  NYBERG v. FLORIDA DEPARTMENT OF CORRECTIONS.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 88–7616.  WOLFORD v. ARMONTROUT, WARDEN.  Sup. Ct. Mo.  Certiorari denied.

No. 89–142.  ROSCO ET AL. v. COUNTY OF LOS ANGELES ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 89–157.  PAN AMERICAN WORLD AIRWAYS, INC. v. CAUSEY, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF CAUSEY, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–169.  IDAHO v. FAIN.  Sup. Ct. Idaho.  Certiorari denied.

No. 89–180.  CITY OF GARFIELD HEIGHTS v. ASAD.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 89–287.  NATIONAL RIGHT TO WORK LEGAL DEFENSE & EDUCATION FOUNDATION, INC. v. AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL–CIO, ET AL.; and
No. 89–292.  ESTATE OF GILPIN v. AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL–CIO, ET AL. C. A. 7th Cir.  Certiorari denied.  Reported below: 875 F. 2d 1310.

No. 89–291.  RAMSEY v. BOARD OF PROFESSIONAL RESPONSIBILITY OF THE SUPREME COURT OF TENNESSEE.  Sup. Ct. Tenn.  Certiorari denied.